THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD V. YOUNG, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted March 15, 1948; decided April 22, 1948.

*Alexander W. Axelrod* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *John R. Davison* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.